IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PEPPERMINT RUSHING                                                              PLAINTIFF

vs.                                    Civil No. 1:17-cv-01051

NANCY A. BERRYHILL                                               DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 12th day of June 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                                  /s/ Barry A. Bryant
                                                                   HON. BARRY A. BRYANT
                                                                   U. S. MAGISTRATE JUDGE